UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| THOMAS GENDRON, | Case No. 2:17-cv-00752-APG-PAL |
| Plaintiff, | **ORDER** |
| v. | (ECF No. 5) |
| PROG LEASING, LLC dba PROGRESSIVE LEASING aka PROGRESSIVE, | |
| Defendant(s). | |

The parties stipulate that the claims in this case are "subject to a binding arbitration agreement." ECF No. 5.  The parties therefore stipulate to submit this matter to binding arbitration.  Accordingly, there is nothing left for this court to address and the court lacks jurisdiction over this dispute.  This matter is DISMISSED WITHOUT PREJUDICE so the parties may pursue their claims and defenses through arbitration.  The clerk of the court is directed to close this case.

DATED this 4th day of April, 2017.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE